UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.   Case No: 6:22-cv-1620-RBD-EJK

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
71.47.133.164,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 18), filed January 3, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 13, 2023.



ROY B. DALTON JR.
United States District Judge